IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CORTIS, INC., | § § | |
| Plaintiff, | § § | |
| v. | § § | 3:12-cv-00562-P |
| CORTISLIM INTERNATIONAL, INC., NATIONAL MARKETING, INC., CORTISLIM INTERNATIONAL, LCC, ALAN R. SPORN, JOHN S. NEUBAUER, JR., and RICHARD A. SPORN, | § § § § § § | |
| Defendants. | § | |

## ORDER

Plaintiff having moved for a default judgment against Defendants Alan Sporn, CortiSlim International, Inc., National Marketing, Inc., and CortiSlim International, Inc., on December 3, 2012, and Defendants Alan Sporn, CortiSlim International, Inc., National Marketing, Inc., and CortiSlim International, Inc. having moved on December 21, 2012, to set aside the default entered by the clerk in this matter on December 4, 2012, and the parties having reached agreement on the issues raised by these motions, it is therefore

ORDERED that Plaintiff's motion for default judgment, Docket Number 44, is hereby withdrawn; and it is further

ORDERED that the motion of Defendants Alan Sporn, CortiSlim International, Inc., National Marketing, Inc., and CortiSlim International, Inc., to set aside the clerk's default entered on December 4, 2012, Docket Number 50, is hereby granted and the default is hereby set aside; and it is further

ORDERED that Defendants Alan Sporn, CortiSlim International, Inc., National Marketing, Inc., and CortiSlim International, Inc., shall move or answer with respect to the Complaint in this action by not later than February 8, 2013.

**IT IS SO ORDERED.**

Signed this 24th day of January, 2013.

                                                  JORGE A. SOLIS
                                                  UNITED STATES DISTRICT JUDGE