# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **CORTIS, INC.**  **Plaintiff, v.**  **CORTISLIM, INC., NATIONAL MARKETING, INC., CORTISLIM INTERNATIONAL, LLC, ALAN R. SPORN, JOHN S. NEUBAUER, JR., AND RICHARD A. SPORN**  **Defendants.** | **Civil Action No. 3:12-CV-00562-P** |

### NOTICE OF APPEARANCE

Notice is hereby given that attorney J. Branden Snyder hereby enter his appearance as an attorney of record for Defendants Cortislim, Inc., National Marketing, LLC, and Alan R. Sporn in all further proceedings in this cause of action and request that all future notices from the Court, copies and pleadings sent to the parties in interest be sent to him at the following address:

> J. Branden Snyder
> TX State Bar no. 24064617
> jbsnyder@jbsnyderlaw.com
> The Law Office of J. Branden Snyder
> 4426 Bonham St.
> Dallas, TX 75229
> (469) 682-6969
> (469) 277-3368 fax

Dated: April 2, 2013

Respectfully submitted,

THE LAW OFFICE OF J. BRANDEN SNYDER

By:  /s/  *J. Branden Snyder*
State Bar No. 24064617
jbsnyder@jbsnyderlaw.com
4426 Bonham St.
Dallas, TX 75229
(469) 682-6969
(469) 277-3368 fax

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2013 I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court. The electronic case files system sends a "Notice of Electronic Filing" to all counsel who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/J. Branden Snyder*
J. Branden Snyder

**NOTICE OF APPEARANCE - 2**