Exhibit "5"

**FEES INCURRED IN CONNECTION WITH PLAINTIFF'S MOTION TO COMPEL**

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|---|---|
| request for document production. Send request to Maggie Murray for R. Sporn's and John Neubauer's documents in response to discovery requests. | | | | | | | |
| 203350 | TIME | | RFM | 0.50 | 200.00 | 100.00 | 100.00 |
| 4/11/2013 | | | Mis | 0.00 | C@1 | | |
| Billed | G:22388 | 5/8/2013 | 735.050 | 0.00 | | | |
| Telephone conference with Brandon Synder, new attorney for Alan Sporn. Telephone conference with Laurie Toyana, attorney fro John Graziano. | | | | 0.00 | | | |
| 203378 | TIME | | RFM | 2.50 | 200.00 | 500.00 | 500.00 |
| 4/12/2013 | | | Mis | 0.00 | C@1 | | |
| Billed | G:22388 | 5/8/2013 | 735.050 | 0.00 | | | |
| Review hot documents. | | | | 0.00 | | | |
| 203381 | TIME | | RFM | 1.50 | 200.00 | 300.00 | 300.00 |
| 4/15/2013 | | | Mis | 0.00 | C@1 | | |
| Billed | G:22388 | 5/8/2013 | 735.050 | 0.00 | | | |
| Telephone conference with Brandon Synder. Review selected correspondence between the parties. | | | | 0.00 | | | |
| 203397 | TIME | | RFM | 1.50 | 200.00 | 300.00 | 300.00 |
| 4/16/2013 | | | Mis | 0.00 | C@1 | | |
| Billed | G:22388 | 5/8/2013 | 735.050 | 0.00 | | | |
| Review correspondence and documents. | | | | 0.00 | | | |
| 203400 | TIME | | RFM | 0.30 | 200.00 | 60.00 | 60.00 |
| 4/17/2013 | | | Mis | 0.00 | C@1 | | |
| Billed | G:22388 | 5/8/2013 | 735.050 | 0.00 | | | |
| Review discovery responses from Richard Sporn and John Neubauer. | | | | 0.00 | | | |
| 203408 | TIME | | RFM | 3.00 | 200.00 | 600.00 | 600.00 |
| 4/18/2013 | | | Mis | 0.00 | C@1 | | |
| Billed | G:22388 | 5/8/2013 | 735.050 | 0.00 | | | |
| Work on 2nd Request for Production of Documents to Alan Sporn and Cortilsim. | | | | 0.00 | | | |
| 203473 | TIME | | RFM | 0.40 | 200.00 | 80.00 | 80.00 ✓ |
| 4/19/2013 | | | Mis | 0.00 | C@1 | | |
| Billed | G:22388 | 5/8/2013 | 735.050 | 0.00 | | | |
| Work on Rule 19 Stipulation regarding due date for Alan Sporn's discovery. Draft correspondence to Branden Synder. Review correspondence from Maggie Murray. | | | | 0.00 | | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|---|---|
| 203480 | TIME | | RFM | 0.80 | 200.00 | 160.00 | 160.00 |
| 4/22/2013 | | | Mis | 0.00 | C@1 | | |
| Billed | G:22388 | 5/8/2013 | 735.050 | 0.00 | | | |
| Exchange correspondence with John Graziano. Review documents from Graziano. | | | | 0.00 | | | |
| 203490 | TIME | | RFM | 3.20 | 200.00 | 640.00 | 640.00 |
| 4/23/2013 | | | Mis | 0.00 | C@1 | | |
| Billed | G:22388 | 5/8/2013 | 735.050 | 0.00 | | | |
| Work on Second Request for Production of Documents to Cortislim International. Exchange correspondence with John Graziano. Review documents provided by Graziano. Review documents produced by Richard Spom. | | | | 0.00 | | | |
| 203494 | TIME | | RFM | 1.40 | 200.00 | 280.00 | 280.00 |
| 4/24/2013 | | | Mis | 0.00 | C@1 | | |
| Billed | G:22388 | 5/8/2013 | 735.050 | 0.00 | | | |
| Work on Second Request for Production of Documents to Cortilsim International. Review documents produced by John Neubauer. | | | | 0.00 | | | |
| 203539 | TIME | | JC | 1.20 | 90.00 | 108.00 | 108.00 |
| 4/8/2013 | | | Mis | 0.00 | C@4 | | |
| Billed | G:22388 | 5/8/2013 | 735.050 | 0.00 | | | |
| Assist in document production. | | | | 0.00 | | | |
| 203562 | TIME | | JC | 0.20 | 90.00 | 18.00 | 18.00 |
| 4/12/2013 | | | Mis | 0.00 | C@4 | | |
| Billed | G:22388 | 5/8/2013 | 735.050 | 0.00 | | | |
| Correspondence to counsel forwarding CD of documents responding to R. Sporn's Third Request for Production of Documents. | | | | 0.00 | | | |
| 203574 | TIME | | JC | 0.20 | 90.00 | 18.00 | 18.00 |
| 4/15/2013 | | | Mis | 0.00 | C@4 | | |
| Billed | G:22388 | 5/8/2013 | 735.050 | 0.00 | | | |
| Docket Settlement Conference and Docket Scheduling Order deadlines. | | | | 0.00 | | | |
| 203663 | TIME | | JC | 2.00 | 90.00 | 180.00 | 180.00 |
| 4/19/2013 | | | Mis | 0.00 | C@4 | | |
| Billed | G:22388 | 5/8/2013 | 735.050 | 0.00 | | | |
| Assist in preparing Second Requests for Productions to Cortislim. | | | | 0.00 | | | |
| 203664 | TIME | | JC | 0.50 | 90.00 | 45.00 | 45.00 |
| 4/23/2013 | | | Mis | 0.00 | C@4 | | |
| Billed | G:22388 | 5/8/2013 | 735.050 | 0.00 | | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|---|---|
| Continue to assist in preparing Second Requests for Productions to Cortislim. | | | | 0.00 | | | |
| 203665<br>4/24/2013<br>Billed<br>Work on revisions to Second Request for Production of Documents to Cortislim. | TIME<br><br>G:22388 | <br><br>5/8/2013 | JC<br>Mis<br>735.050 | 2.00<br>0.00<br>0.00<br>0.00 | 90.00<br>C@4 | 180.00 | 180.00 |
| 204069<br>5/8/2013<br>Billed<br>Telephone conference with Clay Cooley. | TIME<br><br>G:22487 | <br><br>6/17/2013 | RFM<br>Mis<br>735.050 | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 40.00 | 40.00 |
| 204166<br>5/22/2013<br>Billed<br>Thoroughly review Alan Sporn's discovery responses [redacted] call Branden Snyder to request delivery of document production, and to discuss and agreement on the objections, draft correspondence to Branden Snyder regarding deposition dates. | TIME<br><br>G:22487 | <br><br>6/17/2013 | MWL<br>Mis<br>735.050 | 3.50<br>0.00<br>0.00<br>0.00 | 160.00<br>C@3 | 560.00 | 560.00 ✓ |
| 204198<br>5/15/2013<br>Billed<br>Exchange correspondence with Branden Synder, attorney for Alan Sporn. Telephone conference with Branden Synder. | TIME<br><br>G:22487 | <br><br>6/17/2013 | RFM<br>Mis<br>735.050 | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 60.00 | 60.00 ✓ |
| 204251<br>5/21/2013<br>Billed<br>Review discovery responses from Alan Sporn, Cortislim, Inc. and Cortislim, LLC. | TIME<br><br>G:22487 | <br><br>6/17/2013 | RFM<br>Mis<br>735.050 | 1.00<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 200.00 | 200.00 ✓ |
| 204255<br>5/22/2013<br>Billed<br>Research regarding [redacted] | TIME<br><br>G:22487 | <br><br>6/17/2013 | RFM<br>Mis<br>735.050 | 0.40<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 80.00 | 80.00 |
| 204295<br>5/23/2013<br>Billed<br>Work on analysis of [redacted] | TIME<br><br>G:22487 | <br><br>6/17/2013 | VB<br>Mis<br>735.050 | 1.50<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 300.00 | 300.00 |

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value | Billed SV Adjustment Markup |
|---|---|---|---|---|---|
| 204308 TIME<br>5/28/2013<br>Billed          G:22487          6/17/2013<br>Finalize and send letter to Branden Snyder regarding depositions; request update from Branden Snyder regarding discovery responses. | MWL<br>Mis<br>735.050 | 0.20<br>0.00<br>0.00<br>0.00 | 160.00<br>C@3 | 32.00 | 32.00 ✓ |
| 204327 TIME<br>5/29/2013<br>Billed          G:22487          6/17/2013<br>Review Alan Sporn's and the corporate entities' document production. | MWL<br>Mis<br>735.050 | 0.70<br>0.00<br>0.00<br>0.00 | 160.00<br>C@3 | 112.00 | 112.00 |
| 204390 TIME<br>5/31/2013<br>Billed          G:22487          6/17/2013<br>Review options for ▅▅▅▅▅▅▅ | MWL<br>Mis<br>735.050 | 0.30<br>0.00<br>0.00<br>0.00 | 160.00<br>C@3 | 48.00 | 48.00 |
| 204480 TIME<br>6/3/2013<br>Billed          G:22591          7/12/2013<br>Draft response to Branden Snyder's email stating that Alan Sporn was sick and could not participate in depositions. | MWL<br>Mis<br>735.050 | 0.30<br>0.00<br>0.00<br>0.00 | 160.00<br>C@3 | 48.00 | 48.00 ✓ |
| 204555 TIME<br>6/5/2013<br>Billed          G:22591          7/12/2013<br>Participate in telephone call with Brenden Snyder regarding Allan Sporn's responses to our discovery requests. | MWL<br>Mis<br>735.050 | 0.20<br>0.00<br>0.00<br>0.00 | 160.00<br>C@3 | 32.00 | 32.00 ✓ |
| 204684 TIME<br>6/7/2013<br>Billed          G:22591          7/12/2013<br>Review correspondence from Branden Snyder regarding Alan Sporn's ability to participate in discovery. | MWL<br>Mis<br>735.050 | 0.20<br>0.00<br>0.00<br>0.00 | 160.00<br>C@3 | 32.00 | 32.00 ✓ |
| 204744 TIME<br>6/10/2013<br>Billed -          G:22591          7/12/2013<br>Research ▅▅▅▅▅▅▅▅▅▅ | MWL<br>Mis<br>735.050 | 2.00<br>0.00<br>0.00<br>0.00 | 160.00<br>C@3 | 320.00 | 320.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|---|---|
| 204788<br>6/13/2013<br>Billed<br>Draft motion to compel discovery responses from Alan Sporn. | TIME<br><br>G:22591 | <br><br>7/12/2013 | MWL<br>Mis<br>735.050 | 3.00<br>0.00<br>0.00<br>0.00 | 160.00<br>C@3 | 480.00 | 480.00 |
| 204901<br>6/21/2013<br>Billed<br>Exchange correspondence with Branden Snyder regarding the motion to compel. | TIME<br><br>G:22591 | <br><br>7/12/2013 | MWL<br>Mis<br>735.050 | 0.40<br>0.00<br>0.00<br>0.00 | 160.00<br>C@3 | 64.00 | 64.00 |
| 204952<br>6/5/2013<br>Billed<br>Review documents produced by Alan Sporn. | TIME<br><br>G:22591 | <br><br>7/12/2013 | RFM<br>Mis<br>735.050 | 1.50<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 300.00 | 300.00 |
| 204962<br>6/6/2013<br>Billed<br>Exchange correspondence with John Graziano. Telephone conference | TIME<br><br>G:22591 | <br><br>7/12/2013 | RFM<br>Mis<br>735.050 | 0.60<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 120.00 | 120.00 |
| 204974<br>6/10/2013<br>Billed<br>Exchange correspondence with John Graziano Review Draft correspondence to Branden Synder. Telephone conference with Brandon Synder regarding discovery disputes and Motion to Compel. | TIME<br><br>G:22591 | <br><br>7/12/2013 | RFM<br>Mis<br>735.050 | ~~1.50~~ .90<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 300.00 | 300.00 |
| 204985<br>6/13/2013<br>Billed<br>For Motion to Compel, evaluate documents produced by Alan Sporn | TIME<br><br>G:22591 | <br><br>7/12/2013 | VB<br>Mis<br>735.050 | 1.50<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 300.00 | 300.00 |
| 205013<br>6/13/2013<br>Billed<br>Telephone conference with Branden Synder regarding discovery issues. Revise Motion to Compel. | TIME<br><br>G:22591 | <br><br>7/12/2013 | RFM<br>Mis<br>735.050 | 1.00<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 200.00 | 200.00 |

| Slip ID / Dates and Time / Posting Status / Description | | | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value | Billed SV / Adjustment / Markup |
|---|---|---|---|---|---|---|---|
| 205037 | TIME | | MWL | 0.20 | 160.00 | 32.00 | 32.00 |
| 6/25/2013 | | | Mis | 0.00 | C@3 | | |
| Billed | G:22591 | 7/12/2013 | 735.050 | 0.00 | | | |
| Telephone conference with Branden Snyder regarding meeting to confer on motion to compel; prepare for tomorrow's meeting on the motion to compel. | | | | 0.00 | | | |
| 205061 | TIME | | MWL | 0.60 | 160.00 | 96.00 | 96.00 |
| 6/26/2013 | | | Mis | 0.00 | C@3 | | |
| Billed | G:22591 | 7/12/2013 | 735.050 | 0.00 | | | |
| Draft proposed agreed order to submit to the court. | | | | 0.00 | | | |
| 205133 | TIME | | MWL | 0.80 | 160.00 | 128.00 | 128.00 |
| 7/1/2013 | | | Mis | 0.00 | C@3 | | |
| Billed | G:22699 | 8/19/2013 | 735.050 | 0.00 | | | |
| Finalize and file agreed proposed order with the court; include exhibit for same; review court's order adopting our proposal. | | | | 0.00 | | | |
| 205210 | TIME | | RFM | 0.20 | 200.00 | 40.00 | 40.00 |
| 6/20/2013 | | | Mis | 0.00 | C@1 | | |
| Billed | G:22591 | 7/12/2013 | 735.050 | 0.00 | | | |
| Review and docket Order from Magistrate Ramirez. | | | | 0.00 | | | |
| 205327 | TIME | | JC | 3.00 | 90.00 | 270.00 | 270.00 |
| 6/10/2013 | | | Mis | 0.00 | C@4 | | |
| Billed | G:22591 | 7/12/2013 | 735.050 | 0.00 | | | |
| Bates stamp Alan Sporn's document production. | | | | 0.00 | | | |
| 205364 | TIME | | JC | 0.10 | 90.00 | 9.00 | 9.00 |
| 6/20/2013 | | | Mis | 0.00 | C@4 | | |
| Billed | G:22591 | 7/12/2013 | 735.050 | 0.00 | | | |
| Docket date to confer with opposing counsel by court order on Motion to Compel. | | | | 0.00 | | | |
| 205380 | TIME | | RFM | 2.20 | 200.00 | 440.00 | 440.00 |
| 6/26/2013 | | | Mis | 0.00 | C@1 | | |
| Billed | G:22591 | 7/12/2013 | 735.050 | 0.00 | | | |
| Office conference with Branden Synder regarding Motion to Compel issues and settlement. Work on proposed order. | | | | 0.00 | | | |
| 205399 | TIME | | RFM | 0.20 | 200.00 | 40.00 | 40.00 |
| 6/28/2013 | | | Mis | 0.00 | C@1 | | |
| Billed | G:22591 | 7/12/2013 | 735.050 | 0.00 | | | |
| Telephone conference with Branden Synder | | | | 0.00 | | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|---|---|
| regarding Agreed Order. | | | | | | | |
| 205609<br>7/17/2013<br>Billed<br>Review [redacted] | TIME<br><br>G:22699 | <br><br>8/19/2013 | MWL<br>Mis<br>735.050 | 0.30<br>0.00<br>0.00<br>0.00 | 160.00<br>C@3 | 48.00 | 48.00 |
| 205650<br>7/22/2013<br>Billed<br>Research and draft motion to strike amended petition and counterclaims; confer with Maggie Murray and Branden Snyder regarding same. | TIME<br><br>G:22699 | <br><br>8/19/2013 | MWL<br>Mis<br>735.050 | 2.90<br>0.00<br>0.00<br>0.00 | 160.00<br>C@3 | 464.00 | 464.00 |
| 205698<br>7/23/2013<br>Billed<br>Review and respond to email from Maggie Murray regarding opposition to motion to strike; call Branden Snyder to conference on motion to strike; review motion to withdraw filed by Branden Snyder. | TIME<br><br>G:22699 | <br><br>8/19/2013 | MWL<br>Mis<br>735.050 | 0.50<br>0.00<br>0.00<br>0.00 | 160.00<br>C@3 | 80.00 | 80.00 |
| 205739<br>7/10/2013<br>Billed<br>Telephone conference with [redacted]. Review Order Compelling Production Documents signed by Magistrate Ramirez. | TIME<br><br>G:22699 | <br><br>8/19/2013 | RFM<br>Mis<br>735.050 | ~~0.30~~ .20<br>~~0.00~~<br>0.00<br>0.00 | 200.00<br>C@1 | 60.00 | 60.00 ✓ |
| 205755<br>7/24/2013<br>Billed<br>Review motion for leave drafted by Branden Snyder, confer with Mr. Snyder regarding same. | TIME<br><br>G:22699 | <br><br>8/19/2013 | MWL<br>Mis<br>735.050 | 0.40<br>0.00<br>0.00<br>0.00 | 160.00<br>C@3 | 64.00 | 64.00 |
| 205773<br>7/15/2013<br>Billed<br>Telephone conference with Branden Synder. Draft correspondence to Maggie Murray regarding depositions. | TIME<br><br>G:22699 | <br><br>8/19/2013 | RFM<br>Mis<br>735.050 | 0.40<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 80.00 | 80.00 |
| 205802<br>7/25/2013<br>Billed<br>Research [redacted] | TIME<br><br>G:22699 | <br><br>8/19/2013 | MWL<br>Mis<br>735.050 | 0.50<br>0.00<br>0.00<br>0.00 | 160.00<br>C@3 | 80.00 | 80.00 |

| Slip ID / Dates and Time / Posting Status / Description | | | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value | Billed SV / Adjustment / Markup |
|---|---|---|---|---|---|---|---|
| 205811 | TIME | | RFM | 1.00 | 200.00 | 200.00 | 200.00 |
| 7/16/2013 | | | Mis | 0.00 | C@1 | | |
| Billed | G:22699 | 8/19/2013 | 735.050 | 0.00 | | | |
| Review First Amended Answer and Counterclaims. Research [redacted] Exchange correspondence with Maggie Murray. Exchange correspondence with Branden Snyder regarding this issue. | | | | 0.00 | | | |
| 205827 | TIME | | RFM | 0.50 | 200.00 | 100.00 | 100.00 |
| 7/22/2013 | | | Mis | 0.00 | C@1 | | |
| Billed | G:22699 | 8/19/2013 | 735.050 | 0.00 | | | |
| Work on Brief in Support of Motion to Strike Sporn's Amended Pleadings. | | | | 0.00 | | | |
| 205829 | TIME | | RFM | 0.90 | 200.00 | 180.00 | 180.00 |
| 7/23/2013 | | | Mis | 0.00 | C@1 | | |
| Billed | G:22699 | 8/19/2013 | 735.050 | 0.00 | | | |
| Exchange correspondence with Branden Snyder. Telephone conference with Branden Snyder regarding withdraw of Sporn's amended pleadings. Review Sporn's Motion to Withdraw his amendment. Exchange correspondence with Maggie Murray regarding depositions schedules. | | | | 0.00 | | | |
| 205869 | TIME | | RFM | 0.60 | 200.00 | 120.00 | 120.00 |
| 7/24/2013 | | | Mis | 0.00 | C@1 | | |
| Billed | G:22699 | 8/19/2013 | 735.050 | 0.00 | | | |
| Review Alan Sporn's Amended Answer and Counterclaims. Research [redacted] Exchange correspondence with Branden Synder. | | | | 0.00 | | | |
| 205893 | TIME | | MWL | 0.40 | 160.00 | 64.00 | 64.00 |
| 7/29/2013 | | | Mis | 0.00 | C@3 | | |
| Billed | G:22699 | 8/19/2013 | 735.050 | 0.00 | | | |
| Continue to research [redacted] | | | | 0.00 | | | |
| 206048 | TIME | | JC | 0.10 | 90.00 | 9.00 | 9.00 ✓ |
| 7/1/2013 | | | Mis | 0.00 | C@4 | | |
| Billed | G:22699 | 8/19/2013 | 735.050 | 0.00 | | | |
| Conference with the Court Clerk regarding Exhibit A to Order. Compelling | | | | 0.00 | | | |



# FEES INCURRED IN CONNECTION WITH PLAINTIFF'S MOTION FOR CONTEMPT AND FOR SANCTIONS

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|---|---|
| 206174<br>7/24/2013<br>Billed<br>Docket deadline to Respond to Motion for Leave to Amend. | TIME<br><br>G:22699 | <br><br>8/19/2013 | JC<br>Mis<br>735.050 | 0.10<br>0.00<br>0.00<br>0.00 | 90.00<br>C@4 | 9.00 | 9.00 |
| 206197<br>7/26/2013<br>Billed<br>Review Alan Sporn's Motion to Amend his Answer. | TIME<br><br>G:22699 | <br><br>8/19/2013 | RFM<br>Mis<br>735.050 | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 40.00 | 40.00 |
| 206278<br>8/6/2013<br>WIP<br>Review discovery sent by Branden Snyder. | TIME | | MWL<br>Mis<br>735.050 | 0.40<br>0.00<br>0.00<br>0.00 | 160.00<br>C@3 | 64.00 | 64.00 |
| 206290<br>8/7/2013<br>WIP<br>Draft motion for contempt and sanctions; research case law [redacted] | TIME | | MWL<br>Mis<br>735.050 | 2.5 ~~4.70~~<br>0.00<br>0.00<br>0.00 | 160.00<br>C@3 | 752.00 | 752.00 ✓ |
| 206302<br>8/8/2013<br>WIP<br>Finalize and file motion for contempt and for sanctions, draft and file response to motion for leave to amend and add third-party claims. | TIME | | MWL<br>Mis<br>735.050 | 2.9 ~~6.10~~<br>0.00<br>0.00<br>0.00 | 160.00<br>C@3 | 976.00 | 976.00 ✓ |
| 206365<br>8/12/2013<br>WIP<br>Review court's orders regarding hearing on motion for contempt and for sanctions | TIME | | MWL<br>Mis<br>735.050 | 0.20<br>0.00<br>0.00<br>0.00 | 160.00<br>C@3 | 32.00 | 32.00 ✓ |
| 206436<br>8/19/2013<br>WIP<br>Talk to Maggie Murray regarding conference for motion to withdraw as counsel for John Neubauer. | TIME | | MWL<br>Mis<br>735.050 | 0.10<br>0.00<br>0.00<br>0.00 | 160.00<br>C@3 | 16.00 | 16.00 |
| 206455<br>8/20/2013<br>WIP<br>Review motion to withdraw and substitute. | TIME | | MWL<br>Mis<br>735.050 | 0.30<br>0.00<br>0.00<br>0.00 | 160.00<br>C@3 | 48.00 | 48.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|---|
| 206536<br>8/22/2013<br>WIP<br>Draft reply in support of motion for contempt. | TIME | MWL<br>Mis<br>735.050 | 1.10<br>0.00<br>0.00<br>0.00 | 160.00<br>C@3 | 176.00 | 176.00 ✓ |
| 206567<br>8/23/2013<br>WIP<br>Review potential objections to defendants' discovery requests. | TIME | MWL<br>Mis<br>735.050 | 0.20<br>0.00<br>0.00<br>0.00 | 160.00<br>C@3 | 32.00 | 32.00 |
| 206585<br>8/6/2013<br>WIP<br>Review Interrogatories and Request for Production of Documents from Sporn Defendants. Draft correspondence to Branden Snyder. Work on Motion for Contempt and work on Response to Sporn's Motion to Amend. | TIME | RFM<br>Mis<br>735.050 | ~~1.50~~ .70<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 300.00 | 300.00 ✓ |

Grand Total

| | Units | Slip Value | Billed SV |
|---|---|---|---|
| Billable | 101.50 | 17736.00 | 17736.00 |
| Unbillable | 0.00 | 0.00 | |
| Total | 101.50 | 17736.00 | |



---

**Invoice submitted to:**

Cortis, Inc./Clay Cooley
10849 Composite Drive
Dallas, TX 75220
Clay Cooley

---

| *Invoice Date* | *Invoice Number* | *Last Bill Date* |
|---|---|---|
| October 09, 2013 | 22929 | 9/12/2013 |

In Reference To: RE: Cortis, Inc. vs. CortiSlim International, Inc. 735.050

Professional Services

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/3/2013 | RFM | Review Order from Judge Ramirez. Review correspondence from Branden Snyder. Review privilege log provided by Snyder. | 0.40<br>200.00/hr | 80.00 ✓ |
| | VB | Confirm dates in acknowledgement and certificate of service for accuracy; work on transferring text messages sent by Lisa Cooley to readable documents for document production. | 0.50<br>200.00/hr | 100.00 |
| | ML | Review court's order compelling discovery responses; review additional document production from Sporn defendants. | 2.00<br>160.00/hr | 320.00 ✓ |
| 9/4/2013 | RFM | Review discovery responses from Cortislim, LLC, Cortislim, Inc., NMI and Alan Sporn. | 1.80<br>200.00/hr | 360.00 |
| 9/5/2013 | RFM | Draft correspondence to Branden Snyder regarding deficiencies in the discovery responses. Calculate legal fees necessary to prosecute Motion to Compel and Motion for Contempt. | 1.50<br>200.00/hr | 300.00 ✓ |
| | ML | Review document production to determine a method for adding bates labels. | 1.20<br>160.00/hr | 192.00 |
| | JC | Forward to clients the Court's Compel Order. | 0.10<br>90.00/hr | 9.00 |
| 9/6/2013 | ML | Continue to review document production; send correspondence to Branden Snyder regarding privilege log. | 1.30<br>160.00/hr | 208.00 |
| | JC | Correspondence to Mr. Snyder regarding discovery responses; Forward to Mr. Snyder. | 0.20<br>90.00/hr | 18.00 |

**Terms: Due and Payable Upon Receipt**

Cortis, Inc./Clay Cooley

| Date | Timekeeper | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/9/2013 | RFM | Exchange correspondence with Branden Snyder. Review documents from Snyder. | 0.60<br>200.00/hr | 120.00 |
| | ML | Continue to review documents recently produced by Branden Snyder. | 0.60<br>160.00/hr | 96.00 |
| 9/10/2013 | RFM | Review Defendants' discovery responses. Preparation for face to face meeting with Branden Snyder. | 0.60<br>200.00/hr | 120.00 |
| | ML | Prepare for tomorrow's meeting with Branden Snyder regarding order on compel. | 0.90<br>160.00/hr | 144.00 |
| 9/16/2013 | RFM | Office conference with Branden Snyder regarding status of document production and attorney's fees. Work on making document production to Alan Sporn. | 1.50<br>200.00/hr | 300.00 |
| | ML | Participate in meeting with Branden Snyder regarding discovery responses. | 1.80<br>160.00/hr | 288.00 |
| 9/17/2013 | RFM | Review and analyze Alan Sporn Defendants' Supplemental Discovery Responses and pursuant to Court Order. Preparation for conference with Sporn's lawyers. Participate in conference with Branden Snyder and Peter Marcus. | 5.50<br>200.00/hr | 1,100.00 |
| | ML | Prepare for and participate in telephone conference with Branden Snyder and Peter Markus. | 1.90<br>160.00/hr | 304.00 |

*↑ 1st contempt*

*↓ 2nd contempt*

| Date | Timekeeper | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/18/2013 | RFM | Work on calculating attorney's fees for contempt action. Work on Second Motion for Contempt as well as Motion to Extend Time to Apply for Attorney's Fees. Telephone conference with Branden Snyder. | 1.50<br>200.00/hr | 300.00 |
| | ML | Draft correspondence to Branden Snyder regarding attorney's fees; review court's order and determine what is necessary to comply; discuss an extension to file fee application with Branden Snyder, as well as the potential for a second motion for contempt. | 1.70<br>160.00/hr | 272.00 |
| | JC | Compile attorney hours involved in the case. | 0.30<br>90.00/hr | 27.00 |
| 9/19/2013 | RFM | Review Sporn's proposed protective order. Draft correspondence to Branden Snyder. Research regarding [redacted] | 0.60<br>200.00/hr | 120.00 |
| | JC | File with the Court Motion to Extend Time to File Application; Forward same to all parties. | 0.30<br>90.00/hr | 27.00 |

**FEES INCURRED IN CONNECTION WITH PLAINTIFF'S
SECOND MOTION FOR CONTEMPT AND FOR SANCTIONS**

Cortis, Inc./Clay Cooley

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/9/2013 | RFM | Exchange correspondence with Branden Snyder. Review documents from Snyder. | 0.60<br>200.00/hr | 120.00 |
| | ML | Continue to review documents recently produced by Branden Snyder. | 0.60<br>160.00/hr | 96.00 |
| 9/10/2013 | RFM | Review Defendants' discovery responses. Preparation for face to face meeting with Branden Snyder. | 0.60<br>200.00/hr | 120.00 |
| | ML | Prepare for tomorrow's meeting with Branden Snyder regarding order on compel. | 0.90<br>160.00/hr | 144.00 |
| 9/16/2013 | RFM | Office conference with Branden Snyder regarding status of document production and attorney's fees. Work on making document production to Alan Sporn. | 1.50<br>200.00/hr | 300.00 |
| | ML | Participate in meeting with Branden Snyder regarding discovery responses. | 1.80<br>160.00/hr | 288.00 |
| 9/17/2013 | RFM | Review and analyze Alan Sporn Defendants' Supplemental Discovery Responses and pursuant to Court Order. Preparation for conference with Sporn's lawyers. Participate in conference with Branden Snyder and Peter Marcus. | 5.50<br>200.00/hr | 1,100.00 |
| ↑ 1st contempt | ML | Prepare for and participate in telephone conference with Branden Snyder and Peter Markus. | 1.90<br>160.00/hr | 304.00 |
| 9/18/2013 ↓ 2nd contempt. | RFM | Work on calculating attorney's fees for contempt action. Work on Second Motion for Contempt as well as Motion to Extend Time to Apply for Attorney's Fees. Telephone conference with Branden Snyder. | 1.50<br>200.00/hr | 300.00 ✓ |
| | ML | Draft correspondence to Branden Snyder regarding attorney's fees; review court's order and determine what is necessary to comply; discuss an extension to file fee application with Branden Snyder, as well as the potential for a second motion for contempt. | 1.70<br>160.00/hr | 272.00 ✓ |
| | JC | Compile attorney hours involved in the case. | 0.30<br>90.00/hr | 27.00 ✓ |
| 9/19/2013 | RFM | Review Sporn's proposed protective order. Draft correspondence to Branden Snyder. Research regarding [redacted] | 0.60<br>200.00/hr | 120.00 ✓ |
| | JC | File with the Court Motion to Extend Time to File Application; Forward same to all parties. | 0.30<br>90.00/hr | 27.00 ✓ |

Cortis, Inc./Clay Cooley

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/19/2013 | JC | File with the Court Motion to Extend Time to File Application; Forward same to all parties. | 0.30<br>90.00/hr | 27.00 |
| 9/20/2013 | RFM | Telephone conference with Branden Snyder. | 0.20<br>200.00/hr | 40.00 ✓ |
| | ML | Finalize and file motion to postpone deadline to file fee application; draft and file proposed order. | 0.90<br>160.00/hr | 144.00 ✓ |
| | VB | Review prior document production to use as documents responsive to Alan Sporn's request for document production. research whether [redacted] | 1.50<br>200.00/hr | 300.00 |
| 9/23/2013 | ML | Review amended discovery responses sent by Branden Snyder. | 0.40<br>160.00/hr | 64.00 ✓ |
| | VB | Complete document review to identify documents responsive to Alan Sporn, et al.'s request for production of documents | 1.20<br>200.00/hr | 240.00 |
| 9/24/2013 | RFM | Review Judge Ramirez's Order regarding Defendant's claim of privilege. Work on Second Motion for Contempt. Work on Expert Disclosures. | .8 ~~1.00~~<br>200.00/hr | 200.00 ✓ |
| | ML | Review court orders regarding our motion to postpone deadline to submit attorney fee application; draft second motion for contempt. | 3.10<br>160.00/hr | 496.00 ✓ |
| 9/25/2013 | RFM | Review Amended Discovery Responses from Sporn Defendants. | 1.10<br>200.00/hr | 220.00 |
| | ML | Draft our expert designations. | 1.50<br>160.00/hr | 240.00 |
| 9/26/2013 | ML | Finalize and file our designation of expert witnesses; finalize and file second motion for contempt; draft proposed order. | 2.0 ~~2.70~~<br>160.00/hr | 432.00 ✓ |
| | JC | File with the Court Second Motion for Contempt; File with the Court Expert Disclosures. | 0.30<br>90.00/hr | 27.00 ✓ |
| 9/27/2013 | VB | Evaluate letter from Michael Walsh about document responses and responses to Requests for Admissions. Discuss same with Robert Maris. Review and update original research [redacted] | 1.50<br>200.00/hr | 300.00 |
| | RFM | Exchange correspondence with Mike Walsh. | 0.20<br>200.00/hr | 40.00 |

Selection Criteria

| | |
|---|---|
| Slip.Date | 2/1/2000 - 10/31/2013 |
| Clie.Selection | Include: 735.050 |

| | | | |
|---|---|---|---|
| Nickname | 735.050 \| CortiSlim | | |
| Full Name | Cortis, Inc./Clay Cooley | | |
| Address | 10849 Composite Drive<br>Dallas, TX 75220<br>Clay Cooley | | |
| Phone 1 | 972-446-3266 | Phone 2 | |
| Phone 3 | | Phone 4 | |
| In Ref To | RE: Cortis, Inc. vs. CortiSlim International, Inc. | | |
| Fees Arrg. | By billing value on each slip | | |
| Expense Arrg. | By billing value on each slip | | |
| Tax Profile | Exempt | | |
| Round Fees | 6 Minutes | | |
| Last bill | 10/25/2013 | | |
| Last charge | 10/31/2013 | | |
| Last payment | 10/11/2013 | Amount | $7,510.85 |

| Date / ID | Timekeeper / Task | Rate / Markup % | Hours / DNB Time | Amount / DNB Amt | Total |
|---|---|---|---|---|---|
| 10/1/2013<br>208122 | RFM<br>Mis<br>Review correspondence from Branden Snyder. Review document production from Sporn defendants. Work on response to Mike Walsh's demand letter. | 200.00 | ~~0.80~~ .6 | 160.00 | Billable ✓ |
| 10/1/2013<br>207790 | MWL<br>Mis<br>Review our discovery responses in preparation of a response to Michael Walsh regarding our objections to Richard Sporn's requests for production. | 160.00 | 0.30 | 48.00 | Billable |
| 10/2/2013<br>208057 | VB<br>Mis<br>For response to Michael Walsh's letter, review prior research [redacted] Conduct additional research. | 200.00 | 1.00 | 200.00 | Billable |
| 10/3/2013<br>207913 | MWL<br>Mis<br>Review court's order setting a hearing on the motion for contempt. | 160.00 | 0.10 | 16.00 | Billable ✓ |
| 10/3/2013<br>208132 | RFM<br>Mis<br>Review Order from Judge Ramirez regarding Second Motion for Contempt. | 200.00 | 0.20 | 40.00 | Billable ✓ |
| 10/3/2013<br>208506 | JC<br>Mis<br>Docket Response to Second Motion for Sanctions and hearing. | 90.00 | 0.10 | 9.00 | Billable ✓ |

735.050:Cortis, Inc./Clay Cooley (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 10/8/2013<br>208067 | VB<br>Mis<br>Complete evaluation of prior production to requests for production from Richard Sporn. Draft response to Michael Walsh's letter. Discuss letter and issues with Robert Maris. | 200.00 | 2.40 | 480.00 | Billable |
| 10/9/2013<br>208074 | VB<br>Mis<br>Finalize response to Michael Walsh's letter about need for further document production for requests sent by Richard Sporn. | 200.00 | 0.30 | 60.00 | Billable |
| 10/10/2013<br>208298 | RFM<br>Mis<br>Review correspondence from Mike Walsh concerning his demand for additional discovery. Research regarding [redacted] | 200.00 | 0.30 | 60.00 | Billable |
| 10/10/2013<br>208520 | JC<br>Mis<br>Bate stamp document production, prepare correspondence to Mr. Walsh, and forward to Mr. Walsh via certified mail. | 90.00 | 0.30 | 27.00 | Billable |
| 10/11/2013<br>208316 | RFM<br>Mis<br>Work on response to Mike Walsh's demand for additional discovery responses. | 200.00 | 0.40 | 80.00 | Billable |
| 10/11/2013<br>208089 | MWL<br>Mis<br>Draft correspondence to Branden Snyder requesting deposition dates. | 160.00 | 1.10 | 176.00 | Billable |
| 10/13/2013<br>208161 | VB<br>Mis<br>Research [redacted] | 200.00 | 1.50 | 300.00 | Billable |
| 10/16/2013<br>208575 | JC<br>Mis<br>Conference with the Court to confirm presence at Motion to Compel hearing. | 90.00 | 0.10 | 9.00 | Billable ✓ |
| 10/17/2013<br>208223 | MWL<br>Mis<br>Research [redacted], research [redacted] | 160.00 | 3.70 | 592.00 | Billable |

735.050:Cortis, Inc./Clay Cooley (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 10/18/2013<br>208242 | MWL<br>Mis<br>Review amended discovery responses and documents produced by Cortislim defendants. | 160.00 | 2.10 | 336.00 | Billable ✓ |
| 10/18/2013<br>208397 | RFM<br>Mis<br>Review Defendants' Response to Second Motion for Contempt. Review Defendants' Supplemental Discovery Responses and Document Production. | 200.00 | 0.80 | 160.00 | Billable ✓ |
| 10/18/2013<br>208254 | AA<br>Mis<br>Research [redacted] | 160.00 | 1.20 | 192.00 | Billable ✓ |
| 10/21/2013<br>208267 | MWL<br>Mis<br>Prepare for Wednesday's hearing on the motion for contempt and for sanctions; organize all cumulative responses filed by the various Cortislim defendants. | 160.00 | 1.90 | 304.00 | Billable ✓ |
| 10/21/2013<br>208270 | AA<br>Mis<br>Research [redacted] | 160.00 | 1.10 | 176.00 | Billable |
| 10/21/2013<br>208588 | JC<br>Mis<br>Revisions to demand letter; Forward to Gina Spyropoulos for review. | 90.00 | 0.20 | 18.00 | Billable |
| 10/21/2013<br>208433 | RFM<br>Mis<br>Preparation for hearing on Second Contempt Motion. Review memo on Defendants' Discovery Responses to date. Review case law regarding [redacted] | 200.00 | 2.50 | 500.00 | Billable ✓ |
| 10/22/2013<br>208275 | MWL<br>Mis<br>Continue to summarize all of defendants' discovery responses; continue to prepare for tomorrow's hearing on our second motion for contempt. | 160.00 | 6.80 | 1,088.00 | Billable ✓ |
| 10/22/2013<br>208441 | RFM<br>Mis<br>Preparation for Contempt hearing. Telephone conference with [redacted]. Review [redacted]. | 200.00 | ~~2.20~~ 1.1 | 440.00 | Billable ✓ |

735.050:Cortis, Inc./Clay Cooley (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 10/23/2013<br>208687 | RFM<br>Mis<br>Attend hearing on Cortis' Second Motion for Contempt and Motion to Compel. Review Order issued by Judge Ramirez. Work on fee application. | 200.00 | 2.50 | 500.00 | Billable ✓ |
| 10/23/2013<br>208329 | MWL<br>Mis<br>Prepare for and attend hearing on motion for contempt; draft correspondence to Branden Snyder regarding face-to-face conference required by the latest order. | 160.00 | 4.10 | 656.00 | Billable ✓ |
| 10/24/2013<br>208344 | MWL<br>Mis<br>Research case law ~~on requirement of reliance for securities fraud cases;~~ review and redact attorney fee statements for production to Branden Snyder. | 160.00 | ~~3.20~~ .8 | 512.00 | Billable ✓ |
| 10/25/2013<br>208372 | MWL<br>Mis<br>Exchange correspondence with Branden Snyder regarding face-to-face meeting. | 160.00 | 0.30 | 48.00 | Billable ✓ |
| 10/25/2013<br>208610 | RFM<br>Mis<br>Work on attorney's fees application. | 200.00 | 0.70 | 140.00 | Billable ✓ |
| 10/28/2013<br>208427 | MWL<br>Mis<br>Finalize and serve summaries of our attorneys' fees to Branden Snyder in preparation of Friday's conference. | 160.00 | 0.90 | 144.00 | Billable ✓ |
| 10/28/2013<br>208724 | RFM<br>Mis<br>Work on Second Set of Discovery to Alan Sporn regarding his health issues. | 200.00 | 0.30 | 60.00 | Billable |
| 10/29/2013<br>208442 | MWL<br>Mis<br>Talk to Branden Snyder about setting a hearing on his motion for leave to amend; draft correspondence requesting deposition dates; draft second set of discovery to Alan Sporn; research case law regarding ~~the capacity or competency of a defendant to participate in litigation.~~ | 160.00 | 4.30 | 688.00 | Billable |
| 10/30/2013<br>208751 | RFM<br>Mis<br>Review correspondence from Brandon Snyder. | 200.00 | 0.20 | 40.00 | Billable ✓ |

735.050:Cortis, Inc./Clay Cooley (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 10/31/2013<br>208628 | MWL<br>Mis<br>Prepare for tomorrow's conference with Branden Snyder. | 160.00 | 0.60 | 96.00 | Billable ✓ |
| 10/31/2013<br>208756 | RFM<br>Mis<br>Review correspondence from ~~Bryant, Brad and~~ Branden Snyder. Review attorney's fee statements. | 200.00 | 0.40 | 80.00 | Billable ✓ |
| TOTAL | Billable Fees | | 48.90 | | $8,435.00 |

| Date<br>ID | Timekeeper<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 10/1/2013<br>208632 | RFM<br>Postage<br>Postage | 0.44 | 1.000 | 0.44 | Billable |
| 10/2/2013<br>208549 | VB<br>Westlaw<br>Westlaw charges for research. | 13.31 | 1.000 | 13.31 | Billable |
| 10/9/2013<br>208647 | RFM<br>Postage<br>Postage | 6.31 | 1.000 | 6.31 | Billable |
| 10/11/2013<br>208650 | RFM<br>Postage<br>Postage | 6.11 | 1.000 | 6.11 | Billable |
| 10/18/2013<br>208255 | AA<br>Photocopies<br>Photocopies | 0.20 | 10.000 | 2.00 | Billable |
| 10/23/2013<br>208330 | MWL<br>Parking<br>Parking | 10.00 | 1.000 | 10.00 | Billable |
| 10/29/2013<br>208548 | MWL<br>Westlaw<br>Westlaw charges for research. | 124.97 | 1.000 | 124.97 | Billable |
| 10/31/2013<br>208586 | RFM<br>Photocopies<br>Photocopies | 0.20 | 23.000 | 4.60 | Billable |

Selection Criteria

| | |
|---|---|
| Slip.Classification | Open |
| Slip.Date | 11/1/2013 - 11/6/2013 |
| Slip.Slip Type | Time |
| Slip.Classification | Open |
| Clie.Selection | Include: 735.050 |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|---|
| 208631<br>11/1/2013<br>WIP<br>Confer with Branden Snyder to reschedule the face-to-face meeting; finalize and serve second set of discovery to Alan Sporn. | TIME | MWL<br>Mis<br>735.050 | ~~0.40~~ .2<br>0.00<br>0.00<br>0.00 | 160.00<br>C@3 | 64.00 | 64.00 ✓ |
| 208710<br>11/4/2013<br>WIP<br>Prepare for and participate in face-to-face meeting regarding attorneys' fees; draft report of meeting to be submitted to the court; prepare for drafting attorney fee application. | TIME | MWL<br>Mis<br>735.050 | 3.20<br>0.00<br>0.00<br>0.00 | 160.00<br>C@3 | 512.00 | 512.00 ✓ |
| 208740<br>11/5/2013<br>WIP<br>Research and draft fee application with respect to motion for contempt; talk to Branden Snyder on multiple occasions regarding same. | TIME | MWL<br>Mis<br>735.050 | 5.30<br>0.00<br>0.00<br>0.00 | 160.00<br>C@3 | 848.00 | 848.00 ✓ |
| 208760<br>11/4/2013<br>WIP<br>Preparation for conference with Branden Snyder. Participation in office conference with Branden Snyder regarding possible stipulation on attorney's fees research. Work on fee application and affidavits. | TIME | RFM<br>Mis<br>735.050 | 2.50<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 500.00 | 500.00 ✓ |
| 208761<br>11/5/2013<br>WIP<br>Office conference with Matt Lindsey regarding status of fee negotiations with Branden Snyder as well as contents of fee application. | TIME | RFM<br>Mis<br>735.050 | 0.30<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 60.00 | 60.00 ✓ |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|---|
| 208762<br>11/6/2013<br>WIP<br>Work on fee application and affidavits. | TIME | RFM<br>Mis<br>735.050 | 0.70<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 140.00 | 140.00 |
| 208763<br>11/6/2013<br>WIP<br>Work on fee application and affidavits. | TIME | MWVL<br>Mis<br>735.050 | 5.50<br>0.00<br>0.00<br>0.00 | 160.00<br>C@3 | 880.00 | 880.00 |
| Grand Total | | | | | | |
| | | Billable | 17.90 | | 3004.00 | 3004.00 |
| | | Unbillable | 0.00 | | 0.00 | |
| | | Total | 17.90 | | 3004.00 | |