IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CORTIS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:12-CV-562-P |
| | § | |
| CORTISLIM INTERNATIONAL, INC., et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pursuant to the electronic order filed December 31, 2013, before the Court is *Plaintiff's Third Motion for Contempt and for Sanctions, and Brief in Support*, filed December 26, 2013 (doc. 97). Also before the Court is the related motion, *Defendants Alan Sporn, Cortislim, Inc., Cortislim, LLC and National Marketing, Inc.'s Emergency Motion to Adjourn the Hearing and Status Conference Scheduled for January 22, 2014*, filed January 17, 2014 (doc. 111). The motion to adjourn the hearing is **GRANTED**, and the hearing will be rescheduled by separate order. The motion to adjourn the status conference is **DENIED.**

**SO ORDERED** on this 22nd day of January, 2014.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE